IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIAN CROMBIE, Individually and Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MOLSON COORS BREWING COMPANY, PETER H. COORS, W. LEO KIELY III, CHARLES M. HERINGTON, FRANKLIN W. HOBBS, RANDALL OLIPHANT, PAMELA PATSLEY, WAYNE SANDERS, ALBERT C. YATES, TIMOTHY V. WOLF, PETER SWINBURN, DAVID G. BARNES and PETER M. R. KENDALL,<br><br>Defendants. | Civil Action No. 06-167-UNA |

## NOTICE OF ENTRY OF APPEARANCE

TO:   CLERK OF THE COURT
      ALL COUNSEL LISTED ON ATTACHED CERTIFICATE OF SERVICE

PLEASE ENTER the appearance of Charles F. Richards, Jr., Jeffrey L. Moyer, and Elizabeth C. Tucker and the firm Richards Layton & Finger, P.A., in the above-captioned action as counsel to Defendants Molson Coors Brewing Company, Peter H. Coors, W. Leo Kiely III, Charles M. Herington, Franklin W. Hobbs, Randall Oliphant, Pamela Patsley, Wayne Sanders, Albert C. Yates, Timothy V. Wolf, Peter Swinburn, David G. Barnes and Peter M.R. Kendall.

OF COUNSEL:

Michael R. Young
Antonio Yanez, Jr.
Darren Gibson
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099
(212) 728-8000

*/s/ Elizabeth C. Tucker*
Charles F. Richards, Jr. (I.D. No. 701)
Jeffrey L. Moyer (I.D. No. 3309)
Elizabeth C. Tucker (I.D. No. 4468)
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19899
(302) 651-7700
Fax: (302) 651-7701
Email: richards@rlf.com
        moyer@rlf.com
        tucker@rlf.com

*Counsel for Defendants*

Dated: March 22, 2006

## CERTIFICATE OF SERVICE

I, Elizabeth C. Tucker, hereby certify that on March 22, 2006, I electronically filed the foregoing Notice of Entry of Appearance with the Clerk of Court using CM/ECF,

I further certify that on March 22, 2006, the foregoing Notice of Entry of Appearance was sent to the following participants by First Class U.S. Mail:

> Kip B. Shuman
> Dyer & Shuman LLP
> 801 East 17th Avenue
> Denver, CO 80218

*Elizabeth C. Tucker*
Elizabeth C. Tucker (#4468)
*tucker@rlf.com*