IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIAN CROMBIE, Individually and Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MOLSON COORS BREWING COMPANY, PETER H. COORS, W. LEO KIELY III, CHARLES M. HERINGTON, FRANKLIN W. HOBBS, RANDALL OLIPHANT, PAMELA PATSLEY, WAYNE SANDERS, ALBERT C. YATES, TIMOTHY V. WOLF, PETER SWINBURN, DAVID G. BARNES and PETER M. R. KENDALL,<br><br>Defendants. | Civil Action No. 06-167-UNA |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendants Molson Coors Brewing Company, Peter H. Coors, W. Leo Kiely III, Charles M. Herington, Franklin W. Hobbs, Randall Oliphant, Pamela Patsley, Wayne Sanders, Albert C. Yates, Timothy V. Wolf, Peter Swinburn, David G. Barnes and Peter M.R. Kendall (collectively "Defendants") hereby move the Court for an extension of time to respond to the complaint filed in this action. In support of their Motion, Defendants state as follows:

1.   On March 2, 2006, this action was transferred to this Court from the United States District Court for the District of Colorado in anticipation of consolidation with a pending action in this Court, Consol. C.A. No. 05-294-KAJ (the "Consolidated Action").

2.   This action was entered on this Court's docket on March 13, 2006.

3.   Defendants anticipate that this action will be consolidated with the Consolidated Action. Therefore, Defendants propose that the response in this action should be due at the same time as the response in the Consolidated Action.

4.   Counsel for Mr. Crombie has informed counsel for Defendants that Mr. Crombie does not oppose this motion.

WHEREFORE, Defendants respectfully request that this Court enter an order in the form attached hereto giving Defendants have 60 days from the date the consolidated amended complaint in Consol. C.A. No. 05-294-KAJ was filed to answer or otherwise respond to the complaint in this action.

OF COUNSEL:

Michael R. Young
Antonio Yanez, Jr.
Darren Gibson
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019-6099
Phone: (212) 728-8000

Charles F. Richards, Jr. (I.D. No. 701)
Jeffrey L. Moyer (I.D. No. 3309)
Elizabeth C. Tucker (I.D. No. 4468)
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19899
Phone: (302) 651-7700
Fax: (302) 651-7701
Email: richards@rlf.com
       moyer@rlf.com
       tucker@rlf.com

*Counsel for Defendants*

Dated: March 22, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIAN CROMBIE, Individually and Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MOLSON COORS BREWING COMPANY, PETER H. COORS, W. LEO KIELY III, CHARLES M. HERINGTON, FRANKLIN W. HOBBS, RANDALL OLIPHANT, PAMELA PATSLEY, WAYNE SANDERS, ALBERT C. YATES, TIMOTHY V. WOLF, PETER SWINBURN, DAVID G. BARNES and PETER M. R. KENDALL,<br><br>Defendants. | Civil Action No. 06-167-UNA |

**PROPOSED ORDER**

WHEREAS, the Court having considered Defendants' Unopposed Motion for Extension of Time to Respond to the Complaint;

IT IS HEREBY ORDERED this __ day of _____, 2006, that the Motion is GRANTED and that Defendants' response to the complaint in this action shall be due 60 days from the date the consolidated amended complaint in Consol. C.A. No. 05-294-KAJ was filed.

_____
United States District Judge

### CERTIFICATION PURSUANT TO DISTRICT OF DELAWARE RULE 7.1.1

Counsel for Defendants Molson Coors Brewing Company, Peter H. Coors, W. Leo Kiely III, Charles M. Herington, Franklin W. Hobbs, Randall Oliphant, Pamela Patsley, Wayne Sanders, Albert C. Yates, Timothy V. Wolf, Peter Swinburn, David G. Barnes and Peter M.R. Kendall consulted with counsel for plaintiff Brian Crombie pursuant to District of Delaware Local Rule 7.1.1 and determined that Mr. Crombie is not opposed to the relief sought in the attached motion.

/s/ Elizabeth C. Tucker
Elizabeth C. Tucker (#4468)
tucker@rlf.com

## CERTIFICATE OF SERVICE

I, Elizabeth C. Tucker, hereby certify that on March 22, 2006, I electronically filed the foregoing Unopposed Motion for Extension of Time to Respond to the Complaint with the Clerk of Court using CM/ECF.

I further certify that on March 22, 2006, the foregoing Unopposed Motion for Extension of Time to Respond to the Complaint was sent to the following participants by First Class U.S. Mail:

>Kip B. Shuman
>Dyer & Shuman LLP
>801 East 17th Avenue
>Denver, CO 80218

*Elizabeth C. Tucker*
Elizabeth C. Tucker (#4468)
*tucker@rlf.com*