IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRIAN CROMBIE, Individually and Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MOLSON COORS BREWING COMPANY, PETER H. COORS, W. LEO KIELY III, CHARLES M. HERINGTON, FRANKLIN W. HOBBS, RANDALL OLIPHANT, PAMELA PATSLEY, WAYNE SANDERS, ALBERT C. YATES, TIMOTHY V. WOLF, PETER SWINBURN, DAVID G. BARNES and PETER M. R. KENDALL,<br><br>Defendants. | Civil Action No. 06-167-~~UNA~~ KAJ |

### ~~PROPOSED~~ ORDER

WHEREAS, the Court having considered Defendants' Unopposed Motion for Extension of Time to Respond to the Complaint;

IT IS HEREBY ORDERED this 23rd day of March, 2006, that the Motion is GRANTED and that Defendants' response to the complaint in this action shall be due 60 days from the date the consolidated amended complaint in Consol. C.A. No. 05-294-KAJ was filed.

_____
United States District Judge

RLF1-2993811-1