# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

ELIZABETH C. TUCKER

DIRECT DIAL NUMBER
302-651-7618
TUCKER@RLF.COM

April 3, 2006

**VIA CM/ECF**

The Honorable Kent A. Jordan
United States District Court for the District of Delaware
844 North King Street
Lock Box 10
Wilmington, DE 19801

Re: Crombie v. Molson Coors Brewing Company, et al., C.A. No. 06-167-KAJ

Dear Judge Jordan:

Pursuant to Rule 81.2 of the Local District Court Civil Rules, counsel for defendants in the above-referenced case hereby states that the only matter presently requiring judicial action is consolidation of this case with the purported class action captioned *In re Molson Coors Brewing Company Securities Litigation*, C.A. No. 05-294-KAJ (Consolidated), as contemplated in the March 2, 2006 transfer order entered by the United States District Court for the District of Colorado. The parties are negotiating a stipulated order of consolidation.

Counsel is available at the Court's convenience should Your Honor have any questions.

Respectfully submitted,

*Elizabeth C. Tucker*

Elizabeth C. Tucker (#4468)

cc: Kip B. Shuman, Esq. (via First Class Mail)

RLF1-2998735-1